In the Matter of the Application of WILLIAM J. REED, Respondent, as a Creditor of HENRY M. BAILEY, Deceased, for Sale of Real Estate.

FRANCES H. STODDARD, as Administratrix of HENRY M. BAILEY, Deceased, et al., Appellants.

(Submitted July 12, 1916; decided July 21, 1916.)

Motion for re-argument denied. Nothing in our decision concludes the appellant Blanche T. Bechoff from proving that a deed has been delivered to her, and thereby making herself a party to the proceeding. (See 218 N. Y. 711.)